UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREGORY R. FRITTS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 3:16-CV-46 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

## **O R D E R**

United States Magistrate Judge Bruce Guyton filed a report and recommendation (the "R&R") on April 18, 2018, recommending that (1) Plaintiff's Petition for Approval of 406(b) Attorney Fees (Doc. 20) be denied as moot; (2) Plaintiff's Amended Petition for Approval of 406(b) Attorney Fees (Doc. 22) be granted; and that (3) Plaintiff be awarded $8,755.50 in attorney's fees, and upon receipt of the fee award, counsel remit to Plaintiff the Equal Access to Justice Act ("EAJA") fee award. (Doc. 24.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 24). Plaintiff's Petition for Approval of 406(b) Attorney Fees (Doc. 20) is **DENIED as moot**. Plaintiff's Amended Petition for Approval of 406(b) Attorney Fees (Doc. 22) is **GRANTED**. Plaintiff **SHALL** be awarded $8,755.50 in attorney's fees, and upon receipt of the fee award, counsel **SHALL** remit to Plaintiff the EAJA fee award.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**